

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:  Raymond Gene Lazarine v. The State of Texas

Appellate case number:  01-19-00982-CR

Trial court case number:  1411997

Trial court:     184th District Court of Harris County


   It is ordered that the motion for rehearing is **DENIED**.




Judge's signature:    /s/ Veronica Rivas-Molloy
          ☑ Acting for the Court


The panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.


Date: February 17, 2022